

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2018

No. 04-17-00579-CV

Lee **ROBIN**,
Appellant

v.

**M & T BANK CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI19825
Honorable Laura Salinas, Judge Presiding

# O R D E R

After we grant a prior extension, appellee's brief is due July 30, 2018. Appellee has filed an unopposed second motion for extension of time, asking for an additional thirty days in which to file its brief. After review, we **GRANT** appellee's motion and **ORDER** appellee to file its brief in this court **on or before August 29, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court